UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRANDON LUCAS,

    Plaintiff,                                          Case No. 23-cv-12043
                                                               Hon. Matthew F. Leitman

v.

REGENTS OF THE UNIVERSITY
OF MICHIGAN,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: November 6, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 6, 2023, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126